## MINUTES OF PROCEEDINGS JURY/BENCH TRIAL
### HONORABLE JAMES S. GWIN
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

KSP INVESTMENTS, INC.

vs.

UNITED STATES OF AMERICA

Date: 1/23/08
Case No. 1:07CV00857
Court Reporter: J. Gage
Tape No:

COUNSEL FOR PLAINTIFF(S): James Robenalt, Brian Lamb, David Hooker, Frank DeSantis
COUNSEL FOR DEFENDANT(S): Robert Kovacev, Matthew Van Schuch, Angela Frattarelli, Nancy Herbert

*PROCEEDINGS:*

TRIAL TO: Court __X__  Jury _____

OPENING STATEMENTS OF COUNSEL _____

PLTF'S CASE: Begun ___ Continued and _X_ Not Concluded _X_ Concluded ___

DEFT'S CASE: Begun ___ Continued and ___ Not Concluded ___ Concluded ___

TESTIMONY TAKEN __X__ (See Witness List)

REBUTTAL OF PLAINTIFF _____    SURREBUTTAL OF DEFENDANT _____

FINAL ARGUMENTS _____    CHARGE TO THE JURY _____

JURY DELIBERATIONS: Begun _____ Continued and _____ Not Concluded _____ Concluded _____

TRIAL ADJOURNED UNTIL    1/24/08
TOTAL TRIAL TIME:    7 hrs. 10 min.
EXHIBITS LOCATED:    With counsel
EXHIBITS RETURNED TO COUNSEL:

COMMENTS:

Courtroom Deputy Clerk

FILED 2008 JAN 23 PM 3:56 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON