**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **AWG LEASING TRUST,** | : | |
| **KSP INVESTMENTS, INC.,** | : | |
| **AS TAX MATTERS PARTNER** | : | |
| | : | |
| Plaintiff, | : | Case 1:07-CV-857 |
| | : | |
| v. | : | District Judge Gwin |
| | : | |
| **UNITED STATES,** | : | Magistrate Judge Hemann |
| | : | |
| Defendant. | : | |
| | : | |

**SUPPLEMENTAL JOINT STIPULATION REGARDING UNDISPUTED FACTS**

Plaintiff, KSP Investments, Inc., and defendant, the United States of America, by their undersigned counsel, hereby submit this supplemental joint stipulation and stipulate to the following statements solely for purposes of this litigation.

113.    If AWG exercises the Fixed Purchase Option, the positive cash flow to PNC in 2024 will be $39,154,615, as demonstrated by the ABC pricing program operated by PNC.

1

114.    If AWG exercises the Fixed Purchase Option, the positive cash flow to KSP in 2024 would be substantially similar to the funds returned to PNC, and in the range of approximately $39,154, 615, as demonstrated by the Interet pricing program operated by Key.

Respectfully, submitted,

/s/ David J. Hooker
DAVID J. HOOKER  (0014531)
david.hooker@thompsonhine.com
JAMES D. ROBENALT (0022165)
james.robenalt@thompsonhine.com
BRIAN J. LAMB (0055447)
brian.lamb@thompsonhine.com
JEFFRY J. ERNEY (0040193)
jeffry.erney@thompsonhine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1291
Telephone: (216) 566-5500
Facsimile:  (216) 566-5800

COUNSEL FOR PLAINTIFF
KSP INVESTMENTS, INC.

/s/ Matthew Von Schuch
ROBERT J. KOVACEV
ANGELO A. FRATTARELLI
MATTHEW VON SCHUCH
Tax Division, U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Facsimile: (202) 514-5238

COUNSEL FOR DEFENDANT
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on January 25, 2008. Notice of such filing will be made electronically by way of the Court's electronic notification system and parties may access the filing through the Court's system.

*/s/David J. Hooker*

*One of the Attorneys for Plaintiff*
*KSP Investments, Inc.*