Stiuplation approved 1/29/08.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AWG LEASING TRUST, KSP INVESTMENTS, INC., AS TAX MATTERS PARTNER | : : : : | |
| Plaintiff, | : : | Case 1:07-CV-857 |
| v. | : : | District Judge Gwin |
| UNITED STATES, | : : | Magistrate Judge Hemann |
| Defendant. | : : : | |

**SUPPLEMENTAL JOINT STIPULATION REGARDING UNDISPUTED FACTS**

Plaintiff, KSP Investments, Inc., and defendant, the United States of America, by their undersigned counsel, hereby submit this supplemental joint stipulation and stipulate to the following statements solely for purposes of this litigation.

113.  If AWG exercises the Fixed Purchase Option, the positive cash flow to PNC in 2024 will be $39,154,615, as demonstrated by the ABC pricing program operated by PNC.

114.    If AWG exercises the Fixed Purchase Option, the positive cash flow to KSP in 2024 would be substantially similar to the funds returned to PNC, and in the range of approximately $39,154, 615, as demonstrated by the Interet pricing program operated by Key.


Respectfully, submitted,

| | |
|---|---|
| */s/ David J. Hooker* | */s/ Matthew Von Schuch* |
| DAVID J. HOOKER  (0014531) | ROBERT J. KOVACEV |
| david.hooker@thompsonhine.com | ANGELO A. FRATTARELLI |
| JAMES D. ROBENALT (0022165) | MATTHEW VON SCHUCH |
| james.robenalt@thompsonhine.com | Tax Division, U.S. Department of Justice |
| BRIAN J. LAMB (0055447) | P.O. Box 55 |
| brian.lamb@thompsonhine.com | Ben Franklin Station |
| JEFFRY J. ERNEY (0040193) | Washington, D.C. 20044 |
| jeffry.erney@thompsonhine.com | Telephone: (202) 307-6541 |
| THOMPSON HINE LLP | Facsimile: (202) 514-5238 |
| 3900 Key Center | |
| 127 Public Square | COUNSEL FOR DEFENDANT |
| Cleveland, Ohio  44114-1291 | UNITED STATES OF AMERICA |
| Telephone: (216) 566-5500 | |
| Facsimile:  (216) 566-5800 | |
| | |
| COUNSEL FOR PLAINTIFF | |
| KSP INVESTMENTS, INC. | |