TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No.  1:07cv857<br>USCA No.  **08-3986** |

CAPTION

KSP INVESTMENTS, INC.

       PLAINTIFF -  APPELLANT

    v.

U.S.A.

       DEFENDANT -  Appellee

CURRENT COUNSEL FOR PLAINTIFF
NAME: Brian J. Lamb
FIRM NAME: Thompson Hine LLP
ADDRESS:  3900 Key Center
          127 Public Square
          Cleveland, OH.  44114-1291
TELEPHONE:  216-566-5500

CURRENT COUNSEL FOR DEFENDANT
NAME:  Karen A. Smith
FIRM NAME: U.S. Department of Justice
ADDRESS:  7110 Judiciary Center Bldg.
          555 4th Street, NW
          Washington, DC.  20044
TELEPHONE:  202-307-6588

If Habeas Corpus, Certificate of Appealability is:  ( ) granted   ( ) denied   ( ) pending

Criminal Defendant:  ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:  District Court & USCA Fee Paid:   (X) yes   ( ) no   ( ) not required
      Pauper Status:   ( ) granted   ( ) denied   ( ) pending
      Affidavit of Financial Status Filed:  ( ) yes   ( ) no

Counsel:   ( ) appointed   (X) retained   ( ) pro se

District Court Judge:  Gwin    Court Reporter:  Judy Gage and Cynthia Lee.

Any hearing or trial  (X) yes   ( ) no   If yes, dates  6/28/07; 9/6/07; 11/15/07; 1/7/08; 1/14/08; 1/17/08; 1/21/08 thru 1/25/08 and 4/4/08.

FROM  Shawn Harrigan     DATE  JULY 25, 2008

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2008**. Clerk, GERI M. SMITH, U.S. District Court